UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED CV 17-2475-TJH(SHKx) | Date | DECEMBER 16, 2019 |
| Title | ERIC NOWAKOWSKI v. CEMEX, INC., ET AL., | | |

Present: The Honorable   TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | COURT SMART |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

J. Kirk Donnelly   Dorothy Sheng-Ing Liu -via telephone

**Proceedings:**   HEARING RE: PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT [39] AND
PLAINTIFF'S MOTION FOR ATTORNEY FEES AND COSTS [40]

The case is called and counsel state their appearance. The Court and counsel confer re the status of the case.

Following discussions with the parties, the Court will grant both motions as stated on the record.

IT IS SO ORDERED.

cc: all parties

___ : 05